137914

RECEIVED
BY MAIL
JUN 25 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1019 Case Title: Focus Direct, Inc., et al.v. ECOWATER SYSTEMS, Inc., et al.

**Affidavit of Movant**

I, Peter E. Hintz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice G. Philip Anderson, an attorney admitted to practice in the Middle District of Tennessee, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Focus Direct, Inc. et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 193574 Date 6/11/01

**Affidavit of Proposed Admittee**

I, G. Philip Anderson, am currently a member in good standing of the U.S. District Court for the Middle District of Tennessee, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: G. Philip Anderson Signature ______ Date 6.21.01

Attorney License Number: 3279 - TN

Law Firm Name & Address:
Anderson Blackard Gardner & Rankin
155 Franklin Road, Suite 270, Brentwood, TN 37027

Telephone: (615) 377-9370

Motion Granted: ______
For the Court: Francis E. Dosal, Clerk

Date: JUN 25 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

6/99