**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Focus Direct, Inc. and William J. Robbins,<br>Plaintiffs,<br>v.<br>Ecowater Systems, Inc. and Kerker Marketing Communications,<br>Defendants. | Civil Case No. 01-1019 JRT/FLN<br><br>**STIPULATION AND ORDER** |

The parties hereto, by and through their duly authorized counsel of record, hereby STIPULATE AND AGREE, that defendant Kerker Marketing Communications may have until noon on Wednesday, July 11, 2001, in which to answer or otherwise respond to the Complaint in the above-captioned action.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| Dated: 6/25, 2001 | William R. Skolnick (#137182)<br>Peter E. Hintz (#193574)<br>SKOLNICK & ASSOCIATES, P.A.<br>510 Marquette Avenue South<br>Suite 200<br>Minneapolis, Minnesota 55402-1111<br>(612) 677-7600 |

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

G. Philip Anderson
John O. Belcher
ANDERSON BLACKARD GARDNER
& RANKIN
155 Franklin Road
Suite 270
Brentwood, Tennessee 37027
(615) 377-9370

**Attorneys for Plaintiffs Focus Direct, Inc. and William J. Robbins**

Dated: June 25, 2001

Calvin L. Litsey (#153746)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Kerker Marketing Communications**

**ORDER**

The foregoing STIPULATION is hereby approved and IT IS ORDERED THAT defendant Kerker Marketing Communications may have until noon on Wednesday, July 11, 2001, in which to answer or otherwise respond to the Complaint in the above-captioned action.

Dated: June 26, 2001

Franklin L. Noel
United States Magistrate Judge