UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

FOCUS DIRECT, INC., et al.,

Plaintiffs,

v.

ECOWATER SYSTEMS, INC.,

Defendant.

Civil No. 01-1019 (JRT/FLN)

**ORDER OF REFERENCE**

---

William R. Skolnick and Rolin L. Cargill III, SKOLNICK & ASSOCIATES, 510 Marquette Avenue South, Suite 200, Minneapolis, MN 55402; and G. Philip Anderson and John O. Belcher, ANDERSON BLACKARD GARDNER & RANKIN, 155 Franklin Road, Suite 270, Brentwood, TN 37027, for plaintiff.

Lawrence R. Commers, MACKALL CROUNSE & MOORE, 901 Marquette Avenue South, Suite 1400, Minneapolis, Minnesota 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss [Docket No. 12] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: 9-7-2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500