UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Focus Direct, Inc. and
William J. Robbins,

Plaintiffs,

v.

EcoWater Systems, Inc.,

Defendant.

Civil 01-1019 JRT/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 29, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant EcoWater's Motion to Dismiss Counts I, III, IV, V, VIII, IX, X, XI, XII, and XIII of the Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) and 9(b) is DENIED; and

2. Defendant EcoWater's Motion to Dismiss Count VII and XIV of the Complaint is GRANTED pursuant to the parties' stipulation.

DATED: Jan 3, 2002

JUDGE JOHN R. TUNHEIM
United States District Court

FILED JAN 0 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______