UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Focus Direct, Inc., and
William J. Robbins, individually,

Plaintiffs,

-vs-

EcoWater Systems, Inc.,

Defendant.

Civil Action No. 01-1019 JRT/FLN

**ORDER FOR DISMISSAL**

---

The above-entitled action, having been fully, finally and completely compromised and settled between the parties for a valuable consideration, the receipt and sufficiency which is hereby acknowledged by Focus Direct, Inc., William J. Robbins and EcoWater Systems, Inc.,

IT IS HEREBY ORDERED, that the action, including any and all claims and counterclaims, be and hereby is, dismissed with prejudice and on its merits in accordance with the Stipulation for Dismissal between the parties, with each party bearing its respective costs and attorneys' fees.

Dated: August 30, 2002.

BY THE COURT:

John R. Tunheim
United States District Court Judge

TAS/jab/633368.1
085098-00256

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK